**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | Case No. 22-10134 |
| Sky Inn Operation, Inc., | § | (Jointly Administered) |
| and Austin Airport Suits, LLC, | § | |
| | § | Chapter 11 |
| | § | |
| Debtors.[1] | § | |

**NOTICE OF FINAL POST-EFFECTIVE DATE BUDGET AND OF OCCURRENCE OF EFFECTIVE DATE OF CHAPTER 11 PLAN OF REORGANIZATION**

TO ALL CREDITORS AND PARTIES IN INTEREST:

COME NOW Sky Inn Operation, Inc ("Sky Inn") and Austin Airport Suites, LLC ("AAS") (collectively, "Debtors") and RSS COMM2015-DC1-TX SIO, LLC ("RSS") to file this Notice of Final Post-Effective Date Budget and Occurrence of Effective Date of Chapter 11 Plan of Reorganization.

1. Pursuant to the terms of the Order Confirming Debtors' Third Amended Chapter 11 Plan Reorganization (the "Confirmation Order") [Doc#148], Debtors and RSS have jointly approved and hereby file the Post-Effective Date Budget for 2023 which is attached hereto as Exhibit A and incorporated herein by reference for all purposes.

2. All conditions precedent to the Occurrence of the Effective Date, as defined in the Confirmation Order and in the Plan of Reorganization (the "Plan") which is attached to the Confirmation Order, have been satisfied. Accordingly, the Effective Date of the Plan shall be May 5, 2023.

---

[1] The Debtors in this jointly administered bankruptcy case are Sky Inn Operation, Inc. d/b/a Staybridge Suites Austin Airport, a Texas corporation (EIN 47-2820872) and Austin Airport Suites, LLC, a Texas limited liability company (EIN 26-0209525).

-1-

Respectfully submitted,

C. DANIEL ROBERTS, PC
PO Box 6368
Austin, Texas 78762
Telephone: (512) 494-8448
droberts@cdrlaw.net

By: /s/ *C. Daniel Roberts*
C. Daniel Roberts
Texas Bar No. 16999200

ATTORNEY FOR SKY INN OPERATION, INC. D/B/A STAYBRIDGE SUITES AUSTIN AIRPORT AND AUSTIN AIRPORT SUITES, LLC

and

JONES WALKER LLP
811 Main Street, Suite 2900
Houston, Texas 77002

By: /s/ *Stephen P. Drobney*
Michael A. Shaw
Texas Bar No. 24081919
Stephen P. Drobny
Florida Bar No. 55732 (Admitted Pro Hac Vice)

ATTORNEYS FOR RSS COMM2015-DC1-TX SIO, LLC

CERTIFICATE OF SERVICE

By my signature above, I, C. Daniel Roberts, hereby certify that on April 20, 2023, a true and correct copy of the foregoing document was served via the Court's CM/ECF noticing system or regular first-class mail on the following, in addition to those parties listed on the attached creditor matrices:

-2-

#101203945v1

Stephen P. Drobny
Jones Walker LLP
811 Main Street, Suite 2900
Houston, Texas

ATTORNEYS FOR RSS COMM2015-DC1-TX SIO, LLC

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 22-10134-smr<br>Western District of Texas<br>Austin<br>Tue Apr 18 13:24:46 CDT 2023 | Austin Airport Suites, LLC<br>1611 Airport Commerce Dr.<br>Austin, TX 78741-4534 | Sky Inn Operation, Inc<br>PO Box 18865<br>Austin, TX 78760-8865 |
| U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 | Armando Batarse Cardenas<br>1611 Airport Commerce Dr.<br>Austin, TX 78741-4534 | Armando P Batarse Mena<br>1611 Airport Commerce Dr.<br>Fracc. Valle Morelos<br>Monterrey, Mexico<br>Austin, TX 78741-4534 |
| Carlos Enrique Batarse<br>611 Airport Commerce Dr.<br>Austin, TX 78741 | City of Austin DBA Austin Energy<br>4815 Mueller Blvd<br>Austin, TX 78723-3573 | Holiday Hospitality Franchising, LLC<br>c/o Alston & Bird LLP<br>Attn: Leib M Lerner<br>333 S. Hope St 16th FL<br>Los Angeles CA 90071-1410 |
| Jonathan Schlact<br>Rialto Capital Advisors LLC<br>200 S Biscayne Blvd #3550<br>Miami FL 33131-2379 | Michael Anthony Shaw<br>Jones Walker<br>11 North Water St #1200<br>Mobile AL 36602-3809 | Oracle America, Inc.<br>c/o Shawn M. Christianson, Esq.<br>Buchalter PC<br>425 Market St., Suite 2900<br>San Francisco, CA 94105-2491 |
| Patricia Mena de Batarse<br>1161 Commerce Dr.<br>Austin TX 78741 | RSS COMM2015-DC1 - TX SIO, LLC<br>200 S Biscayne Blvd #3550<br>Miami FL 33131-2379 | RSS COMM2015-DC1-TX SIO, LLC<br>c/o Michael A. Shaw<br>Jones Walker LLP<br>811 Main Street, Suite 2900<br>Houston, TX 77002-6116 |
| RSS COMM2015-DC1-TX SIO, LLC<br>c/o Stephen P Drobny, Jones Walker LLP<br>201 S Biscayne Blvd #3000<br>Miami FL 33131-4330 | Royal Cup Coffee<br>160 Cleage Dr<br>Birmingham, AL 35217-1461 | Travis County c/o Jason A. Starks<br>P.O. Box 1748<br>Austin, Texas 78767-1748 |
| United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | C. Daniel Roberts<br>C. Daniel Roberts & Associates, P.C.<br>1602 East Cesar Chavez<br>Austin, TX 78702-4456 | Kell C. Mercer<br>Kell C. Mercer, P.C.<br>901 S MoPac Expy, Bldg 1, Suite 300<br>Austin, TX 78746-5883 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Austin Airport Suites, LLC<br>1611 Airport Commerce Dr.<br>Austin, TX 78741-4534 | (d)Holiday Hospitality Franchising, LLC<br>c/o Alston and Bird LLP<br>Attn: Leib M. Lerner<br>333 S. Hope Street, 16th Fl.<br>Los Angeles, CA 90071-1410 | End of Label Matrix<br>Mailable recipients    20<br>Bypassed recipients    2<br>Total                  22 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 22-10135-smr<br>Western District of Texas<br>Austin<br>Tue Apr 18 13:25:56 CDT 2023 | Austin Airport Suites, LLC<br>1611 Airport Commerce Dr.<br>Austin, TX 78741-4534 | U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 |
| 1st FP Austin LLC<br>12414 Laws Rd<br>Buda, TX 78610-9606 | ABC Home & Commercial Servicess<br>9475 E. Hwy 290<br>Austin, TX 78724-2303 | AT&T Global<br>PO Box 5091<br>Carol Stream, IL 60197-5091 |
| Alamo Austin Air<br>819 Jim Davis Place<br>Austin, TX 78736 | Alamo Leasing Co., Inc<br>PO Box 414438<br>Boston, MA 02241-4438 | American Hotel Register Company<br>544 LAKEVIEW PARKWAY SUITE 300<br>VERNON HILLS, IL 60061-1826 |
| American Hotel Register Company<br>PO Box 206720<br>Dallas, TX 75320-6720 | Armando Batarse Cardenas<br>1611 Airport Commerce Dr.<br>Austin, TX 78741-4534 | Austin Police Department<br>PO Box 684279<br>Austin, TX 78768-4279 |
| Austin Stay Operation LLC<br>1611 Airport Commerce Dr.<br>Austin, TX 78741-4534 | BEST WASH, INC<br>15012 EDDIE DRIVE<br>HUMBLE, TX 77396-2549 | BlueCross Blueshield of Texas<br>PO Box 731428<br>Dallas, TX 75373-1428 |
| Carbon's Golden Malted<br>PO Box 129<br>Concordville, PA 19331-0128 | City of Austin<br>PO Box 2267<br>Austin, TX 78783-2267 | Dyezz Surveillance<br>2113 Wells Branch Pkwy Ste. 6700<br>Austin, TX 78728-6972 |
| EMR Elevator Inc<br>2320 Michigan Ct.<br>Arlington, TX 76016-5870 | Ecolab<br>PO Box 70343<br>Chicago, IL 60673-0343 | Ecolab Inc.<br>655 Lone Oak Drive<br>Eagan, MN 55121-1651 |
| Edward Don & Company<br>2562 Paysphere Circle<br>Chicago, IL 60674-0001 | Enviro Air and Water<br>901 Westlake Dr.<br>Austin, TX 78746-4509 | GardaWorld Security Services<br>1699 South Hanley Road<br>Suite 350<br>St. Louis, MO 63144-2900 |
| Gardaworld<br>PO Box 843886<br>Kansas City, MO 64184-3886 | Grainger<br>Dept. 873194989<br>PO Box 419267<br>Kansas City, MO 64141-6267 | Granite Telecommunications<br>PO Box 983119<br>Boston, MA 02298-3119 |
| Gulf Coast Paper Co., Inc.<br>519 Tradesman's Park<br>Hutto, TX 78634-4027 | HD Supply<br>PO Box 509058<br>San Diego, CA 92150-9058 | Health Care Service Corporation<br>PO Box 731428<br>Dallas, TX 75373-1428 |

| | | |
|---|---|---|
| Hewlett-Packard Financial Services Co<br>200 Connell Drive<br>Austin, TX 78741 | Hewlett-Packard Services<br>PO Box 402582<br>Atlanta, GA 30384-2582 | HewlettPackard Financial Services Company<br>Attention: Diane Morgan<br>200 Connell Drive<br>Suite 5000<br>Berkeley Heights, NJ 07922-2816 |
| Holiday Hospitality Franchising, LLC<br>Three Ravinia Drive, Suite 100<br>Atlanta, GA 30346-2121 | Holiday Hospitality Franchising, LLC<br>c/o Alston and Bird LLP<br>Attn: Leib M. Lerner<br>333 S. Hope Street, 16th Fl.<br>Los Angeles, CA 90071-1410 | Home Depot Pro<br>PO Box 844727<br>Dallas, TX 75284-4727 |
| Hospitality WIFI<br>520 E. Montford Avenue<br>Ada, OH 45810-1821 | HotelPlanner<br>PO Box 645452<br>Pittsburgh, PA 15264-5252 | Hotelengine<br>720 S. Colorado Blvd. 1050S<br>Denver, CO 80246-1906 |
| Humana<br>PO Box 3226<br>Milwaukee, WI 53201-3226 | Innerworkings<br>7503 Solution Center<br>Chicago, IL 60677-7005 | Innkeepers Communications, LLC<br>202 Walton Way Suite 192 #131<br>Cedar Park, TX 78613-7046 |
| Intercontinental Hotels Group<br>PO Box 101074<br>Atlanta, GA 30392-1074 | Johnson Controls<br>Department CH 10320<br>Palatine, IL 60055-0320 | Johnson Controls Fire Protection LP<br>10405 Crosspoint Blvd<br>Indianapolis, IN 46256-3323 |
| Jonathan Schlact<br>Rialto Capital Advisors, LLC<br>200 S. Biscayne Blvd., Suite 3550<br>Miami, FL 33131-2379 | Leon Translations, Inc<br>7200 Anagua Dr.<br>Austin, TX 78750-8329 | Merchants Automotive Group, Inc<br>PO Box 414438<br>Boston, MA 02241-4438 |
| Michael Anthony Shaw<br>Jones Walker<br>11 North Water Street, Suite 1200<br>Mobile, AL 36602-3809 | Michael Law Firm, PC<br>812 W. 11th St., Suite 301<br>Austin, TX 78701-2011 | Mustang Enterprises Ltd<br>1238 W Laurel<br>San Antonio, TX 78201-6431 |
| Oracle America, Inc.<br>c/o Shawn M. Christianson, Esq.<br>Buchalter PC<br>425 Market St., Suite 2900<br>San Francisco, CA 94105-2491 | Otis Elevator Company<br>PO Box 730400<br>Dallas, TX 75373-0400 | Quality Elevator Inspections of Texas<br>PO Box 5485<br>Leander, TX 78645-0022 |
| RSS COMM2015-DC1 - TX SIO, LLC<br>200 South Biscayne Boulevard, Suite 3550<br>Miami, FL 33131-2379 | RSS COMM2015-DC1-TX SIO, LLC<br>c/o Stephen P Drobny, Jones Walker LLP<br>201 S Biscayne Blvd #3000<br>Miami FL 33131-4330 | RSS COMM2015-DCI - TX SIO, LLC<br>c/o Michael A. Shaw<br>Jones Walker LLP<br>811 Main Street, Suite 2900<br>Houston, TX 77002-6116 |
| Rick's Refills<br>6800 West Gate Blvd. #133<br>Austin, TX 78745-4868 | Ricks Refills<br>6800 West Gate Blvd.<br>Suite 132 pmb 313<br>Austin, TX 78745-4868 | Rivera Landscaping<br>8760 A Research Blvd #311<br>Austin, TX 78758-6420 |

| | | |
|---|---|---|
| Riverside/71 Self Storage<br>7320 Ben White Blvd<br>Austin, TX 78741-6821 | Royal Cup Coffee<br>PO Box 841000<br>Dallas, TX 75284-1000 | Sky Inn Operation, Inc<br>PO Box 18865<br>Austin, TX 78760-8865 |
| Spectrum<br>PO Box 60074<br>City of Industry, CA 91716-0074 | Sporttours<br>PO Box 988<br>DeKalb, IL 60115-0988 | TEXAS GAS SERVICE<br>PO BOX 401<br>OKLAHOMA CITY, OK 73101-0401 |
| Team Housing<br>1619 Common St. Suite 801<br>New Braunfels, TX 78130-3460 | Texas Gas Service<br>PO Box 219913<br>Kansas City, MO 64121-9913 | The Comptroller of Public Accounts<br>Courtney J. Hull<br>Assistant Attorney General<br>Bankruptcy & Collections Division MC 008<br>P.O. Box 12548<br>Austin, Texas 78711-2548 |
| Travel Incorporated<br>4355 River Green Parkway<br>Duluth, GA 30096-2572 | Traveliance<br>PO Box 74008563<br>Chicago, IL 60674-8563 | US Foods, Inc<br>Box 841587<br>Dallas, TX 75284-1587 |
| US Foods, Inc.<br>Brian Shaw<br>Cozen O'Connor<br>123 North Wacker Drive, Suite 1800<br>Chicago, IL 60606-1770 | United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | Waste Management of Texas, Inc<br>PO Box 66035<br>Dallas, TX 75266 |
| Water Logic<br>PO Box 677867<br>Dallas, TX 75267-7867 | Waterlogic USA<br>100 Biddle Ave., Suite 203<br>Newark, DE 19702-3983 | Westerwood Global<br>1001 S. Capital of Texas Hwy<br>Austin, TX 78746-6585 |
| Windstream<br>1450 N Center Point Rd<br>Hiawatha, IA 52233-1232 | Windstream<br>PO Box 9001013<br>Louisville, KY 40290-1013 | World Cinema, Inc<br>PO Box 733288<br>Dallas, TX 75373-3288 |
| Yellow Cab Austin<br>10630 Joseph Clayton Drive, Bldg A<br>Austin, TX 78753-3215 | Yumi Ice Cream<br>PO Box 670698<br>Dallas, TX 75267-0698 | C. Daniel Roberts<br>C. Daniel Roberts & Associates, P.C.<br>1602 East Cesar Chavez<br>Austin, TX 78702-4456 |
| Kell C. Mercer<br>Kell C. Mercer, P.C.<br>901 S MoPac Expy, Bldg 1, Suite 300<br>Austin, TX 78746-5883 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Best Wash Inc
15012 Eddie Drive
Humble, TX 77396-2549

End of Label Matrix
Mailable recipients    84
Bypassed recipients     1
Total                  85

# Exhibit A

## AUSTIN AIRPORT SUITES LLC
### Budget 2023

| Cash Budget | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Period Ending | 1/31/2023 | 2/28/2023 | 3/31/2023 | 4/30/2023 | 5/31/2023 | 6/30/2023 | 7/31/2023 | 8/31/2023 | 9/30/2023 | 10/31/2023 | 11/30/2023 | 12/31/2023 |
| OPENING BANK BALANCE | 399,099.06 | 298,777.43 | 264,061.68 | 360,092.87 | 311,463.74 | 314,142.89 | 268,828.33 | 203,836.20 | 220,925.35 | 200,143.37 | 220,921.25 | 214,498.10 |
| Hotel Revenue | 433,666.10 | 458,962.05 | 626,767.75 | 529,901.37 | 490,440.00 | 466,822.04 | 468,617.82 | 472,426.00 | 437,766.25 | 592,348.63 | 445,768.30 | 414,198.80 |
| **Total Available Cash** | $ 832,765.16 | $ 757,739.48 | $ 890,829.43 | $ 889,994.24 | $ 801,903.74 | $ 780,964.93 | $ 737,446.15 | $ 676,262.20 | $ 658,691.60 | $ 792,492.00 | $ 666,689.55 | $ 628,696.90 |
| **Operating Expenses** | | | | | | | | | | | | |
| Hotel & Sales Tax | 11,890.13 | 12,624.52 | 17,491.25 | 14,716.80 | 14,138.70 | 12,830.16 | 12,969.26 | 13,067.25 | 13,158.49 | 17,277.63 | 13,008.30 | 12,088.80 |
| City Tax | 65,450.00 | - | - | 83,707.02 | - | - | 81,934.24 | | | 75,974.80 | - | - |
| Payroll Taxes | 12,920.68 | 13,204.72 | 15,296.30 | 14,392.54 | 14,134.32 | 20,194.40 | 13,785.72 | 13,721.16 | 13,450.02 | 15,038.08 | 13,359.66 | 19,458.46 |
| Payroll Expense | 64,765.29 | 65,886.86 | 74,145.71 | 70,577.07 | 69,557.46 | 95,359.63 | 68,180.98 | 67,926.04 | 66,855.50 | 73,126.10 | 66,498.62 | 92,453.74 |
| Franchise Expenses | 43,268.67 | 47,895.51 | 59,469.09 | 51,738.47 | 50,054.99 | 46,691.17 | 46,687.31 | 46,871.79 | 46,840.30 | 58,602.76 | 46,382.50 | 43,909.28 |
| Accounting Fee | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 |
| Credit Card Fees | 9,558.98 | 9,844.71 | 11,948.75 | 11,039.59 | 10,779.83 | 10,104.47 | 10,429.16 | 10,364.22 | 10,091.48 | 11,688.98 | 10,000.57 | 9,610.94 |
| Bank Charges | 600.00 | 1,400.00 | 1,650.00 | 1,530.00 | 1,500.00 | 1,400.00 | 1,450.00 | 1,450.00 | 1,400.00 | 1,600.00 | 1,400.00 | 1,350.00 |
| Equipment Lease | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 |
| Insurance | 13,125.00 | 13,125.00 | 13,125.00 | 13,125.00 | 13,125.00 | 13,125.00 | 13,125.00 | 13,125.00 | 18,993.00 | 14,500.00 | 14,500.00 | 14,500.00 |
| US Trustee Fees | 4,500.00 | 4,500.00 | 5,000.00 | | | | | | | | | |
| Licenses and Fees | 1,701.01 | 7,800.00 | 329.00 | 250.00 | - | 750.00 | - | - | - | 3,300.00 | - | - |
| Management Fees | 12,876.20 | 13,355.22 | 16,592.00 | 14,741.00 | 14,353.60 | 13,485.39 | 13,580.93 | 13,644.30 | 13,704.13 | 16,434.00 | 13,611.00 | 13,011.00 |
| Employee relations | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 500.00 | 150.00 | 150.00 | 150.00 | 150.00 | 500.00 | 2,500.00 |
| Office Supplies | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 |
| Building Maintenance | 1,800.00 | 7,255.00 | 7,255.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 |
| Electrical and Mechanical | 256.66 | 767.55 | 2,000.00 | | 127.13 | 304.83 | 774.51 | 3,700.00 | 1,886.62 | 1,911.54 | 300.00 | 250.00 |
| Elevator | 1,271.79 | 1,271.79 | 1,271.79 | 1,271.79 | 1,271.79 | 1,271.79 | 1,271.79 | 1,271.79 | 1,271.79 | 4,315.37 | 600.00 | |
| HVAC | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 |
| Landscaping | 1,000.00 | 1,000.00 | 3,500.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,500.00 | 1,000.00 | 1,000.00 | 1,000.00 | 3,500.00 | 1,000.00 |
| Laundry (Guest) | 200.00 | 200.00 | 350.00 | 120.00 | | 200.00 | - | | | 300.00 | | |
| Light Bulbs | 200.00 | 3,400.00 | 200.00 | 3,400.00 | 200.00 | 3,400.00 | 200.00 | 200.00 | 3,400.00 | 200.00 | 200.00 | 200.00 |
| Painting & Decorating | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 |
| Pest Control | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 |
| Plumbing | 250.00 | 300.00 | 1,800.00 | 350.00 | 1,800.00 | 300.00 | 300.00 | 1,800.00 | 300.00 | 1,400.00 | 1,800.00 | 200.00 |
| Small Tools & Operating Supplies | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 |
| Swimming Pool | 150.00 | 650.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 150.00 | 150.00 | 150.00 |
| Cleaning Supplies | 800.00 | 800.00 | 1,000.00 | 800.00 | 850.00 | 850.00 | 850.00 | 850.00 | 800.00 | 1,000.00 | 850.00 | 850.00 |
| Breakfast/Social Supplies | 11,510.46 | 11,794.74 | 13,888.08 | 12,983.55 | 12,725.11 | 12,053.18 | 12,376.23 | 12,311.62 | 12,040.26 | 13,629.64 | 11,949.81 | 11,562.15 |
| Front Desk Supplies | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 |
| Guest Internet | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 |
| Guest Relations | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 |
| Guest Supplies | 2,000.00 | 2,000.00 | 2,500.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,500.00 | 2,000.00 | 1,800.00 |
| Laundry Expense | 1,200.00 | 1,200.00 | 1,400.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,400.00 | 1,200.00 | 1,200.00 |
| Linen | 2,500.00 | 2,500.00 | 5,000.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 5,000.00 | 2,500.00 | 2,500.00 |
| Security Services | 7,274.40 | 7,274.40 | 7,274.40 | 7,274.40 | 7,274.40 | 7,274.40 | 7,274.40 | 7,274.40 | 7,274.40 | 7,274.40 | 7,274.40 | 7,274.40 |
| Uniforms | 1,000.00 | 1,000.00 | - | 2,000.00 | 2,000.00 | - | - | - | - | - | | |
| Guest Shuttle | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 1,300.00 | 100.00 |
| Agency Commissions | 5,841.11 | 5,985.82 | 7,051.39 | 6,590.96 | 6,459.41 | 6,117.37 | 6,281.81 | 6,248.92 | 6,110.80 | 6,919.84 | 6,064.75 | 5,867.42 |
| Cable/Internet | 2,023.00 | 2,023.00 | 2,023.00 | 2,023.00 | 2,023.00 | 2,023.00 | 2,023.00 | 2,023.00 | 2,023.00 | 2,023.00 | 2,023.00 | 2,023.00 |
| Electricity | 12,955.03 | 13,312.38 | 15,943.79 | 14,806.76 | 14,481.90 | 13,637.25 | 14,043.33 | 13,962.11 | 13,621.01 | 15,618.93 | 13,507.30 | 13,020.01 |
| Garbage | 830.24 | 830.34 | 830.34 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 |
| Gas | 1,129.24 | 1,163.00 | 1,411.56 | 1,304.16 | 1,273.47 | 1,193.69 | 1,232.04 | 1,224.37 | 1,192.15 | 1,380.87 | 1,181.41 | 1,135.38 |
| Telephone | 399.90 | 399.90 | 399.90 | 399.90 | 399.90 | 399.90 | 399.90 | 399.90 | 399.90 | 399.90 | 399.90 | 399.90 |
| Water/Sewer | 5,801.26 | 5,974.67 | 7,251.58 | 6,699.83 | 6,542.18 | 6,132.31 | 6,329.37 | 6,289.96 | 6,124.43 | 7,093.94 | 6,069.26 | 5,832.79 |
| Unsecured Creditors Class 6 | 85,077.69 | 85,077.69 | 85,077.69 | 85,077.69 | 85,077.69 | 85,077.69 | | | | | | |
| Creditors Class 3 60M | 7,202.30 | 7,202.30 | 7,202.30 | 7,202.30 | 7,202.30 | 7,202.30 | 7,202.30 | 7,202.30 | 7,202.30 | 7,202.30 | 7,202.30 | 7,202.30 |
| Reserve for next month operating expenses | 298,777.43 | 264,061.68 | 360,092.87 | 311,463.74 | 314,142.89 | 268,828.33 | 203,836.20 | 220,925.35 | 200,143.37 | 220,921.25 | 214,498.10 | 154,388.66 |
| **Total operating Expenses** | 697,876.49 | 622,850.81 | 755,940.76 | 755,105.57 | 667,015.07 | 646,076.26 | 542,557.48 | 481,373.53 | 463,802.93 | 597,603.33 | 471,800.88 | 433,808.23 |
| Net funds Available | 134,888.67 | 134,888.67 | 134,888.67 | 134,888.67 | 134,888.67 | 134,888.67 | 194,888.67 | 194,888.67 | 194,888.67 | 194,888.67 | 194,888.67 | 194,888.67 |