IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | Case No. 22-10134 |
| Sky Inn Operation, Inc., | § | (Jointly Administered) |
| and Austin Airport Suits, LLC, | § | |
| | § | Chapter 11 |
| Debtors.[1] | § | |

**APPLICATION FOR FINAL DECREE**

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED IN THE MOTION MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

COME NOW Sky Inn Operation, Inc ("Sky Inn") and Austin Airport Suites, LLC ("AAS") (collectively, "Debtors"), the reorganized debtors in the above captioned and numbered bankruptcy cases, to file this Application for Final Decree ("Application"), and respectfully show the Court as follows:

1. These jointly administered Bankruptcy Cases were commenced on February 28, 2022, when the Debtors filed their voluntary petitions under Chapter 11 of the Bankruptcy Code.

---

[1] The Debtors in this jointly administered bankruptcy case are Sky Inn Operation, Inc. d/b/a Staybridge Suites Austin Airport, a Texas corporation (EIN 47-2820872) and Austin Airport Suites, LLC, a Texas limited liability company (EIN 26-0209525).

1

2. On January 11, 2023, the Court signed and docketed the Order Confirming Debtors' Third Amended Chapter 11 Plan of Reorganization (the "Confirmation Order") [Doc#148].

3. All conditions precedent to the Occurrence of the Effective Date, as defined in the Confirmation Order and in the Plan of Reorganization, which is attached to the Confirmation Order (the "Plan"), have been satisfied. Debtors filed a Notice of Final Post-Effective Date Budget and Occurrence of Effective Date of Chapter 11 Plan of Reorganization on April 20, 2023 [Do#175], which established May 5, 2023, as the Effective Date of the Plan.

4. Debtors have paid all administrative claims or have made provisions for payment of any unpaid administrative claims. Kell C. Mercer and Kell C. Mercer, P.C., co-counsel for Debtors, filed its final fee application on May 26, 2023. C. Daniel Roberts and C. Daniel Roberts, PC, co-counsel for Debtors, filed its final fee application on May 31, 2023. Debtors do not anticipate any objections to the pending fee applications, and absent any such objection, the fee applications should be granted before the 21-day negative notice for this Application has expired. There are sufficient funds in the bankruptcy estate to pay the amounts requested in the fee applications as administrative claims per the Plan.

5. Debtors have begun making monthly payments to Classes 1 through 6, as required by the Plan and are current on monthly payments. In addition, Debtors have made the lump sum payments of $1,000,000.00 to RSS COMM2015-DC1-TX SIO, LLC ("RSS"), the secured creditor, and $296,749.43 to Holiday Hospitality Franchising, LLC in connection with assumption of the hotel licensing agreement. Debtors will continue to make monthly payments to creditors as required under the Plan.

5. Debtors are current on payments to the United States Trustee. Within 14 days

from the entry of an order granting this Application, Debtors will calculate the final amount owed to the US Trustee and remit a check for this amount as well. In addition, any unfiled reports will be filed within 14 days of the entry of an order granting this Application. Debtors would like to end the future accrual of fees to the United States Trustee by having a final decree entered as soon as possible.

6. Debtors do not anticipate filing any further litigation in this Court, including any chapter 5 causes of action. Debtors are requesting that the case be closed subject to reopening should any adversaries be filed.

7. Fed. R. Bankr. P. 3022 provides that a final decree closing a case shall be entered "(a)fter an estate is fully administered in a chapter 11 proceeding." All outstanding matters relating to the Plan will be resolved after the pending fee applications of co-counsel are granted, and it will then be appropriate to enter a Final Decree.

8. A Chapter 11 case should be closed when the Debtor's Plan has been "substantially consummated." Section 1101(2) of the Bankruptcy Code defines "substantial consummation: for Chapter 11 purposes as:

> (A) the transfer of all or substantially all of the property proposed by the plan to be transferred;
>
> (B) the assumption by the debtor or by the successor to the debtor under the plan of the business or of the management of all or substantially all of the property dealt with by the plan; and
>
> (C) the commencement of distribution under the plan.

9. Debtors have substantially consummated the confirmed Plan as contemplated by 11 U.S.C. §1101(2). As the Reorganized Debtors, they have retained ownership of the Bankruptcy Estate property which is being used in the operation of the business and which is generating the revenue from which creditors are being paid. As noted above, Debtors have made substantial distributions under the Plan and continue to make monthly payments as required by the Plan. As noted above, Debtors do not anticipate filing any further claims objections. All the assets of the estate have been administered. Any payments due to the Office of the United States Trustee will be made prior to the closing of the bankruptcy case.

10. Based on the foregoing, the instant case is ready for a final decree so that the case may be closed.

WHEREFORE, PREMISES CONSIDERED, Debtors, Sky Inn Operation, Inc and Austin Airport Suites, LLC hereby respectfully pray that the Court enter a final decree in the Bankruptcy Cases and for such other and further relief as this Court may deem just.

Respectfully submitted,

C. Daniel Roberts, PC
PO Box 6368
Austin, Texas 78762
Telephone: (512) 494-8448
droberts@cdrlaw.net

By: /s/ *C. Daniel Roberts*
C. Daniel Roberts
Texas Bar No. 16999200

ATTORNEY FOR SKY INN
OPERATION, INC. D/B/A STAYBRIDGE
SUITES AUSTIN AIRPORT AND
AUSTIN AIRPORT SUITES, LLC

**CERTIFICATE OF SERVICE**

By my signature above, I, C. Daniel Roberts, hereby certify that on June 1, 2023, a true and correct copy of the foregoing document was served via the Court's CM/ECF noticing system or regular first-class mail on the following, in addition to those parties listed on the attached creditor matrices:

Sky Inn Operation, Inc
PO Box 18865
Austin, Texas 78760

and

Austin Airport Suites, LLC
1611 Airport Commerce Drive
Austin, Texas 78741

JOINTLY ADMINISTERED DEBTORS

U.S. Trustee
903 San Jacinto Blvd., Room 230
Austin, Texas 78701

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 22-10134-smr<br>Western District of Texas<br>Austin<br>Tue Apr 18 13:24:46 CDT 2023 | Austin Airport Suites, LLC<br>1611 Airport Commerce Dr.<br>Austin, TX 78741-4534 | Sky Inn Operation, Inc<br>PO Box 18865<br>Austin, TX 78760-8865 |
| U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 | Armando Batarse Cardenas<br>1611 Airport Commerce Dr.<br>Austin, TX 78741-4534 | Armando P Batarse Mena<br>1611 Airport Commerce Dr.<br>Fracc. Valle Morelos<br>Monterrey, Mexico<br>Austin, TX 78741-4534 |
| Carlos Enrique Batarse<br>611 Airport Commerce Dr.<br>Austin, TX 78741 | City of Austin DBA Austin Energy<br>4815 Mueller Blvd<br>Austin, TX 78723-3573 | Holiday Hospitality Franchising, LLC<br>c/o Alston & Bird LLP<br>Attn: Leib M Lerner<br>333 S. Hope St 16th FL<br>Los Angeles CA 90071-1410 |
| Jonathan Schlact<br>Rialto Capital Advisors LLC<br>200 S Biscayne Blvd #3550<br>Miami FL 33131-2379 | Michael Anthony Shaw<br>Jones Walker<br>11 North Water St #1200<br>Mobile AL 36602-3809 | Oracle America, Inc.<br>c/o Shawn M. Christianson, Esq.<br>Buchalter PC<br>425 Market St., Suite 2900<br>San Francisco, CA 94105-2491 |
| Patricia Mena de Batarse<br>1161 Commerce Dr.<br>Austin TX 78741 | RSS COMM2015-DC1 - TX SIO, LLC<br>200 S Biscayne Blvd #3550<br>Miami FL 33131-2379 | RSS COMM2015-DC1-TX SIO, LLC<br>c/o Michael A. Shaw<br>Jones Walker LLP<br>811 Main Street, Suite 2900<br>Houston, TX 77002-6116 |
| RSS COMM2015-DC1-TX SIO, LLC<br>c/o Stephen P Drobny, Jones Walker LLP<br>201 S Biscayne Blvd #3000<br>Miami FL 33131-4330 | Royal Cup Coffee<br>160 Cleage Dr<br>Birmingham, AL 35217-1461 | Travis County c/o Jason A. Starks<br>P.O. Box 1748<br>Austin, Texas 78767-1748 |
| United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | C. Daniel Roberts<br>C. Daniel Roberts & Associates, P.C.<br>1602 East Cesar Chavez<br>Austin, TX 78702-4456 | Kell C. Mercer<br>Kell C. Mercer, P.C.<br>901 S MoPac Expy, Bldg 1, Suite 300<br>Austin, TX 78746-5883 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Austin Airport Suites, LLC<br>1611 Airport Commerce Dr.<br>Austin, TX 78741-4534 | (d)Holiday Hospitality Franchising, LLC<br>c/o Alston and Bird LLP<br>Attn: Leib M. Lerner<br>333 S. Hope Street, 16th Fl.<br>Los Angeles, CA 90071-1410 | End of Label Matrix<br>Mailable recipients   20<br>Bypassed recipients    2<br>Total                    22 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 22-10135-smr<br>Western District of Texas<br>Austin<br>Tue Apr 18 13:25:56 CDT 2023 | Austin Airport Suites, LLC<br>1611 Airport Commerce Dr.<br>Austin, TX 78741-4534 | U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 |
| 1st FP Austin LLC<br>12414 Laws Rd<br>Buda, TX 78610-9606 | ABC Home & Commercial Servicess<br>9475 E. Hwy 290<br>Austin, TX 78724-2303 | AT&T Global<br>PO Box 5091<br>Carol Stream, IL 60197-5091 |
| Alamo Austin Air<br>819 Jim Davis Place<br>Austin, TX 78736 | Alamo Leasing Co., Inc<br>PO Box 414438<br>Boston, MA 02241-4438 | American Hotel Register Company<br>544 LAKEVIEW PARKWAY SUITE 300<br>VERNON HILLS, IL 60061-1826 |
| American Hotel Register Company<br>PO Box 206720<br>Dallas, TX 75320-6720 | Armando Batarse Cardenas<br>1611 Airport Commerce Dr.<br>Austin, TX 78741-4534 | Austin Police Department<br>PO Box 684279<br>Austin, TX 78768-4279 |
| Austin Stay Operation LLC<br>1611 Airport Commerce Dr.<br>Austin, TX 78741-4534 | BEST WASH, INC<br>15012 EDDIE DRIVE<br>HUMBLE, TX 77396-2549 | BlueCross Blueshield of Texas<br>PO Box 731428<br>Dallas, TX 75373-1428 |
| Carbon's Golden Malted<br>PO Box 129<br>Concordville, PA 19331-0128 | City of Austin<br>PO Box 2267<br>Austin, TX 78783-2267 | Dyezz Surveillance<br>2113 Wells Branch Pkwy Ste. 6700<br>Austin, TX 78728-6972 |
| EMR Elevator Inc<br>2320 Michigan Ct.<br>Arlington, TX 76016-5870 | Ecolab<br>PO Box 70343<br>Chicago, IL 60673-0343 | Ecolab Inc.<br>655 Lone Oak Drive<br>Eagan, MN 55121-1651 |
| Edward Don & Company<br>2562 Paysphere Circle<br>Chicago, IL 60674-0001 | Enviro Air and Water<br>901 Westlake Dr.<br>Austin, TX 78746-4509 | GardaWorld Security Services<br>1699 South Hanley Road<br>Suite 350<br>St. Louis, MO 63144-2900 |
| Gardaworld<br>PO Box 843886<br>Kansas City, MO 64184-3886 | Grainger<br>Dept. 873194989<br>PO Box 419267<br>Kansas City, MO 64141-6267 | Granite Telecommunications<br>PO Box 983119<br>Boston, MA 02298-3119 |
| Gulf Coast Paper Co., Inc.<br>519 Tradesman's Park<br>Hutto, TX 78634-4027 | HD Supply<br>PO Box 509058<br>San Diego, CA 92150-9058 | Health Care Service Corporation<br>PO Box 731428<br>Dallas, TX 75373-1428 |

| | | |
|---|---|---|
| Hewlett-Packard Financial Services Co<br>200 Connell Drive<br>Austin, TX 78741 | Hewlett-Packard Services<br>PO Box 402582<br>Atlanta, GA 30384-2582 | HewlettPackard Financial Services Company<br>Attention: Diane Morgan<br>200 Connell Drive<br>Suite 5000<br>Berkeley Heights, NJ 07922-2816 |
| Holiday Hospitality Franchising, LLC<br>Three Ravinia Drive, Suite 100<br>Atlanta, GA 30346-2121 | Holiday Hospitality Franchising, LLC<br>c/o Alston and Bird LLP<br>Attn: Leib M. Lerner<br>333 S. Hope Street, 16th Fl.<br>Los Angeles, CA 90071-1410 | Home Depot Pro<br>PO Box 844727<br>Dallas, TX 75284-4727 |
| Hospitality WIFI<br>520 E. Montford Avenue<br>Ada, OH 45810-1821 | HotelPlanner<br>PO Box 645452<br>Pittsburgh, PA 15264-5252 | Hotelengine<br>720 S. Colorado Blvd. 1050S<br>Denver, CO 80246-1906 |
| Humana<br>PO Box 3226<br>Milwaukee, WI 53201-3226 | Innerworkings<br>7503 Solution Center<br>Chicago, IL 60677-7005 | Innkeepers Communications, LLC<br>202 Walton Way Suite 192 #131<br>Cedar Park, TX 78613-7046 |
| Intercontinental Hotels Group<br>PO Box 101074<br>Atlanta, GA 30392-1074 | Johnson Controls<br>Department CH 10320<br>Palatine, IL 60055-0320 | Johnson Controls Fire Protection LP<br>10405 Crosspoint Blvd<br>Indianapolis, IN 46256-3323 |
| Jonathan Schlact<br>Rialto Capital Advisors, LLC<br>200 S. Biscayne Blvd., Suite 3550<br>Miami, FL 33131-2379 | Leon Translations, Inc<br>7200 Anagua Dr.<br>Austin, TX 78750-8329 | Merchants Automotive Group, Inc<br>PO Box 414438<br>Boston, MA 02241-4438 |
| Michael Anthony Shaw<br>Jones Walker<br>11 North Water Street, Suite 1200<br>Mobile, AL 36602-3809 | Michael Law Firm, PC<br>812 W. 11th St., Suite 301<br>Austin, TX 78701-2011 | Mustang Enterprises Ltd<br>1238 W Laurel<br>San Antonio, TX 78201-6431 |
| Oracle America, Inc.<br>c/o Shawn M. Christianson, Esq.<br>Buchalter PC<br>425 Market St., Suite 2900<br>San Francisco, CA 94105-2491 | Otis Elevator Company<br>PO Box 730400<br>Dallas, TX 75373-0400 | Quality Elevator Inspections of Texas<br>PO Box 5485<br>Leander, TX 78645-0022 |
| RSS COMM2015-DC1 - TX SIO, LLC<br>200 South Biscayne Boulevard, Suite 3550<br>Miami, FL 33131-2379 | RSS COMM2015-DC1-TX SIO, LLC<br>c/o Stephen P Drobny, Jones Walker LLP<br>201 S Biscayne Blvd #3000<br>Miami FL 33131-4330 | RSS COMM2015-DCI - TX SIO, LLC<br>c/o Michael A. Shaw<br>Jones Walker LLP<br>811 Main Street, Suite 2900<br>Houston, TX 77002-6116 |
| Rick's Refills<br>6800 West Gate Blvd. #133<br>Austin, TX 78745-4868 | Ricks Refills<br>6800 West Gate Blvd.<br>Suite 132 pmb 313<br>Austin, TX 78745-4868 | Rivera Landscaping<br>8760 A Research Blvd #311<br>Austin, TX 78758-6420 |

| | | |
|---|---|---|
| Riverside/71 Self Storage<br>7320 Ben White Blvd<br>Austin, TX 78741-6821 | Royal Cup Coffee<br>PO Box 841000<br>Dallas, TX 75284-1000 | Sky Inn Operation, Inc<br>PO Box 18865<br>Austin, TX 78760-8865 |
| Spectrum<br>PO Box 60074<br>City of Industry, CA 91716-0074 | Sporttours<br>PO Box 988<br>DeKalb, IL 60115-0988 | TEXAS GAS SERVICE<br>PO BOX 401<br>OKLAHOMA CITY, OK 73101-0401 |
| Team Housing<br>1619 Common St. Suite 801<br>New Braunfels, TX 78130-3460 | Texas Gas Service<br>PO Box 219913<br>Kansas City, MO 64121-9913 | The Comptroller of Public Accounts<br>Courtney J. Hull<br>Assistant Attorney General<br>Bankruptcy & Collections Division MC 008<br>P.O. Box 12548<br>Austin, Texas 78711-2548 |
| Travel Incorporated<br>4355 River Green Parkway<br>Duluth, GA 30096-2572 | Traveliance<br>PO Box 74008563<br>Chicago, IL 60674-8563 | US Foods, Inc<br>Box 841587<br>Dallas, TX 75284-1587 |
| US Foods, Inc.<br>Brian Shaw<br>Cozen O'Connor<br>123 North Wacker Drive, Suite 1800<br>Chicago, IL 60606-1770 | United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | Waste Management of Texas, Inc<br>PO Box 66035<br>Dallas, TX 75266 |
| Water Logic<br>PO Box 677867<br>Dallas, TX 75267-7867 | Waterlogic USA<br>100 Biddle Ave., Suite 203<br>Newark, DE 19702-3983 | Westerwood Global<br>1001 S. Capital of Texas Hwy<br>Austin, TX 78746-6585 |
| Windstream<br>1450 N Center Point Rd<br>Hiawatha, IA 52233-1232 | Windstream<br>PO Box 9001013<br>Louisville, KY 40290-1013 | World Cinema, Inc<br>PO Box 733288<br>Dallas, TX 75373-3288 |
| Yellow Cab Austin<br>10630 Joseph Clayton Drive, Bldg A<br>Austin, TX 78753-3215 | Yumi Ice Cream<br>PO Box 670698<br>Dallas, TX 75267-0698 | C. Daniel Roberts<br>C. Daniel Roberts & Associates, P.C.<br>1602 East Cesar Chavez<br>Austin, TX 78702-4456 |
| Kell C. Mercer<br>Kell C. Mercer, P.C.<br>901 S MoPac Expy, Bldg 1, Suite 300<br>Austin, TX 78746-5883 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Best Wash Inc
15012 Eddie Drive
Humble, TX 77396-2549

End of Label Matrix
Mailable recipients    84
Bypassed recipients     1
Total                  85